IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIZA DAWN CHERRICKS, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>STATE OF DELAWARE *Entities*, )<br>    )<br>    Defendant. ) | Civil Action No. 08-2-JJF |

**ORDER**

At Wilmington this 10 day of January, 2008, the court having reviewed the application to proceed without prepayment of fees under 28 U.S.C. § 1915 to find that it was incomplete;

IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) complete questions 2, 3, and 6 of the application and return the application, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
United States District Judge