IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIZA DAWN CHERRICKS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-02-JJF |
| STATE OF DELAWARE *Entities*, | : |
| Defendant. | : |

**ORDER**

At Wilmington this 21 day of February, 2008, the Court having reviewed the newly submitted application to proceed without prepayment of fees under 28 U.S.C. § 1915, and finding it deficient (D.I. 5);

IT IS ORDERED that:

Plaintiff shall, **within twenty-one days** from the date of this Order, **either**: (1) fully complete question 2 (with the specific amount of take-home salary and pay period **or** with the actual annual income **and** the name and address of employer) and return the application, **or** (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

*[signature]*
United States District Judge