IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LIZA DAWN CHERRICKS,             :
                                 :
    Plaintiff,                   :
                                 :
        v.                       :   Civil Action No. 08-02-JJF
                                 :
STATE OF DELAWARE *Entities*,    :
                                 :
    Defendant.                   :

**ORDER**

At Wilmington this 29 day of April, 2008, the Court having Ordered Plaintiff to submit a complete application to proceed without prepayment of fees under 28 U.S.C. § 1915 **or** pay the $350.00 filing fee within twenty-one days from its February 21, 2008 Order or face dismissal, and Plaintiff having failed to timely comply with the Court's Order (D.I. 6);

IT IS ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                */s/ Joseph J. Farnan*
                                        UNITED STATES DISTRICT JUDGE